IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY REYNA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-1608-RP |
| BREIT STEADFAST MF FAIRMARC TX LP, BELL PARTNERS, INC., and JOHN DOES 1-50, | § § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff Joseph Anthony Reyna's ("Plaintiff") complaint in this matter, (Dkt. 1). (R. & R., Dkt. 4). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued his report and recommendation on November 13, 2025. (*Id.*). In his report and recommendation, Judge Howell recommends that the Court dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B). (*Id.*). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 5).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation de novo. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

1

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 4), is **ADOPTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B). Additionally, Plaintiff is reminded that, as ordered by this Court in *Reyna v. Block, Inc. et al.*, 1:25-CV-1402-RP, (Dkt. 9), he is **BARRED** from filing future complaints in the Western District of Texas without obtaining prior approval from a district or magistrate judge.

The Court will enter final judgment by separate order.

**SIGNED** on December 19, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE